Sebastian LUCIDO, Plaintiff–Appellant,

v.

FEDERAL BUREAU OF INVESTIGATION, Director, Robert S. Mueller, III, et al., Defendants–Appellees.

No. 10–1036.

United States Court of Appeals, Sixth Circuit.

Aug. 22, 2011.

Before: KEITH, CLAY, and COOK, Circuit Judges.

PER CURIAM.

Having had the benefit of oral argument, and having studied the record on appeal and the briefs of the parties, we are not persuaded that the district court erred in dismissing the complaint. Because the reasons why judgment should be entered for the defendant have been fully articulated by the district court, the issuance of a detailed opinion by this court would be duplicative and would serve no useful purpose. Accordingly, we AFFIRM the judgment of the district court upon the reasoning set out by that court in its order and opinion entered on September 29, 2009, 2009 WL 3190368.